UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-111-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | ORDER TO SEAL |
| VS. § | |
| § | |
| KEITH HERNANDEZ § | |
| Defendant, | |

**THIS** matter coming to be heard upon Motion of Defendant, and this Court finding good cause granting the relief requested;

**THEREFORE it is ORDERED** that the Sentencing Memorandum [D.E. 444] is hereby ordered sealed until such time that is ordered unsealed by this Court.

This the \_\_\_15\_\_\_ day of September, 2020.

HONORABLE JUDGE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE